# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 8:25MJ559 |
| KHYRE HOLBERT | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 4, 2025__ in the county of __Douglas__ in the
_____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) & 924(a)(8) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Cole Johannsen, TFO, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 10/29/2025

*Judge's signature*

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

## AFFIDAVIT FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, **Cole Johannsen,** being first duly sworn, hereby depose and state as follows:

1. Affiant, Cole Johannsen, being duly sworn, states that he is a Task Force Officer with the Federal Bureau of Investigation ("FBI"), United States Department of Justice since November 2024. Affiant is an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510, in that, Affiant is an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. Affiant is currently a certified Omaha Police Officer for the Omaha, Nebraska Police Department ("OPD") and has been for over 13 years. Affiant is assigned to the Omaha Police Gang Intelligence Unit.

2. Affiant graduated from the Omaha Police Department Academy and became a certified Nebraska police officer in January of 2013. Affiant's duties as a police investigator include writing and executing numerous search and arrest warrants for narcotics and weapons violations. Affiant has investigative experience as it pertains to burglaries, assaults, homicides, robberies, narcotics, illicit proceeds, and weapons offenses. Affiant has investigated cases involving large-scale drug smuggling operations and large-scale firearms operations. Such investigations have led to felony arrests and federal indictments.

3. Affiant is familiar with the facts and circumstances described herein and makes this affidavit based upon personal knowledge derived from Affiant's participation in this investigation, conclusions he has reached based upon his training and experience, discussions with other law enforcement personnel familiar with this investigation, and upon information he

believes to be reliable from the following sources. Unless otherwise noted, wherever in this affidavit Affiant asserts that a statement was made, the information was provided by a special agent, another law enforcement officer, confidential source, or a source of information (who may have had either direct or hearsay knowledge of the statement) to whom Affiant has spoken or whose reports or statements Affiant has read.

4.  The facts in this affidavit come from Affiant's personal observations, training and experience as a law enforcement officer, and upon the investigation and review of pertinent reports and evidence collected to date. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of a criminal complaint and arrest warrant against KHYRE HOLBERT, date of birth ("DOB") 06/24/1994 ("Holbert"), and does not include all facts and information available to Affiant or that exists. Affiant has probable cause to believe that Holbert violated federal law on or about October 4, 2025, in that he violated 18 U.S.C. § 922(g)(1), felon in possession of a firearm. This affidavit establishes probable cause of Holbert's commission of this federal offense.

5.  On Saturday, October 4, 2025, at 0134, an Omaha Police Officer known to your affiant was in the area of South 12th Street and Howard Street in Omaha, Nebraska, in the District of Nebraska, when he was told by a civilian that there was a "person with a gun" located "up the street." Shortly thereafter, the officer in question exited his cruiser and heard a single gunshot. A short time later, officers located a victim identified as BROOKS, Perrion'n (B/M, DOB 07/18/1997) ("Brooks"), who was suffering from a gunshot wound to his right hip. Officers were provided a description of the suspect to the effect that the shooter was a black male with a short "afro" style haircut wearing a white shirt along with a path of travel. Officers located an individual matching the suspect's description in the area of South 13th Street and

Farnam Street in Omaha. The officer identified the suspect as Khyre Holbert. Holbert was noted to be wearing a white t-shirt with an orange "The North Side" logo on the front, black shorts, gray/black/orange shoes, and to have a short afro style haircut. During the course of the investigation another Omaha police officer known to your affiant canvassed the area and located a single spent 9mm casing stamped "Aguila 9mm luger" directly in front of 1221 Howard Street. Additionally, this same officer began to canvass the path of travel described by officers on scene and located a discarded firearm directly in front of 1210 Howard Street. The firearm was located underneath a black Chevrolet SUV and identified as a Glock 43x 9mm handgun bearing serial number BZKZ130. The firearm was equipped with an extended high-capacity magazine that contained several live rounds of ammunition. The live ammunition recovered from the magazine was stamped "Aguila 9mm luger," the same as the spent casing located on scene.

6.      Officers canvassed the area looking for potential camera angles which could be of evidentiary value. The same officer who located the spent casing proceeded to the Farnam Hotel where Holbert was taken into custody. While reviewing camera footage at the Farnam Hotel, this officer noted Holbert entered the camera frame at approximately 0136 hours while walking northbound on South 13th Street. During this time, Holbert appeared to observe a marked police cruiser at which time he can be seen running north out of the camera view toward the Gene Leahy Mall. At 0150 hours, Holbert can be seen returning to the north facing entrance of the hotel. Holbert remained in this area until he was taken into custody by uniformed patrol officers.

7.      Officers obtained additional video evidence from the PepperJax Grill restaurant located at 1221 Howard Street in Omaha, Nebraska. In this video, the victim and Holbert can be seen engaged in a verbal altercation on the corner of South 13th Street and Howard Street.

Holbert is then seen clutching his waistband repeatedly, as if concealing an item hidden underneath his clothing, as shown here in this video capture:



8. Holbert and the victim then walk out of camera view to the southwest and a single gunshot is heard on the video. Holbert is then seen running back eastbound on Howard Street out of the camera view. The path of travel for Holbert was also noted to be in the path where the firearm was located by an Omaha police officer known to your affiant.

9. Law enforcement recovered additional video from Ashley's Vintage located at 1212 Howard Street. According to the surveillance video's (incorrect) timestamp of 0031 hours, Holbert can be seen running eastbound on Howard Street just moments after the shooting. Holbert runs to a black vehicle, which is believed to be a Black Chevrolet Blazer (NE-BCP089). Holbert appears to enter the passenger side of the vehicle for a short period of time. Follow-up investigation confirmed that Holbert arrived in this vehicle. Holbert then exits the vehicle and walks westbound on the north sidewalk of Howard Street. While walking northbound on Howard Street, Holbert can be seen clutching his waistband multiple times, again as if holding something concealed beneath his clothing as depicted in the following video images:







10.     As Holbert comes closer to the camera, he appears to reach down the front of his pants to retrieve an item.  Affiant knows through his training and experience that these movements and gestures are indicative of someone who is carrying a concealed firearm.  These events coincide with the time that a security guard reports seeing Holbert across the street and crouched next to a white vehicle pointing a firearm toward the victim.  This cannot be seen on the Ashley's Vintage camera but is captured, in part, by the front camera recovered from Eat the Worm bar as depicted* below:



*due to the pixelated nature of the video screen capture, your affiant provided a green arrow depicting Holbert's position*

11.     Additional follow-up was conducted by reviewing the surveillance footage from Ashley's Vintage following the shooting incident.  At this time, Holbert can again be seen on the

north sidewalk of Howard Street but jogging eastbound. Holbert sees approaching law enforcement officers at which time he puts his hands in the air and walks toward the parked vehicles to avoid the officers. Holbert continues eastbound on Howard Street where he eventually goes between the vehicles near the Black Chevrolet Blazer. This is noted to be the location where the Glock 43x 9mm handgun was located by officers. Holbert then returns to the sidewalk and flees the area eastbound. As previously stated, after receiving the suspect description, officers were able to locate Holbert near the Farnam Hotel a short time later and take him into custody without further incident.

12. A data check of the Nebraska vehicle registration for the Black Chevy Blazer revealed the vehicle to be registered to EAN HOLDINGS. Affiant knows through training and experience that EAN HOLDINGS is an Enterprise Rent-A-Car affiliated company. Affiant contacted Enterprise Rent-A-Car or EAN HOLDINGS to identify the renter of the Black Chevy Blazer (NE-BCP089). The vehicle was found to be rented by a female identified as WINDOM, Tyshae ("Windom") (B/F, DOB 02/18/1992). Your affiant contacted Windom via phone number 402-415-3386. During the phone call Windom acknowledged knowing Holbert and that Holbert, along with her cousin, had the vehicle the night of the shooting. Windom identified her cousin as having the last name of MARTIN, whom your affiant was able to positively identify as a black female with the initials "M.T." based on additional descriptors, including date of birth, provided by Windom. Windom stated she retrieved the vehicle keys from Douglas County Corrections following Holbert's arrest and lodging at that facility.

13. Additional footage was reviewed from an Omaha police officer's marked cruiser that was parked near South 12th and Howard Street facing westbound with the mobile video recorder ("MVR") recording at the time of the incident. The MVR shows Holbert as he is

running eastbound on Howard Street. The MVR also shows Holbert cross back to the sidewalk in the direct path of where the firearm was located.

14. Multiple witnesses were interviewed while on scene and gave consistent information that corroborated the description of the shooter. This description was consistently described by witnesses as the following general description: a black male, approximately six feet tall and wearing a white t-shirt with a red or reddish orange lettering on the front. The male was additionally described to have a "tapered afro style" haircut. One witness, a security guard who was working in the area, stated that prior to the shooting he witnessed a disturbance between the victim and another male. The security guard further stated that following the disturbance approximately fifteen seconds later, the suspect appeared out from between two cars on the north side of Howard Street. The security guard stated the suspect crouched down by a white vehicle and pointed a black handgun at the victim. The security guard stated that at the same time numerous people began to quickly disperse the area in multiple directions. Affiant was able to confirm these details via the surveillance footage acquired from Eat the Worm (*see* ¶ 10 image), and that Brooks had exited that establishment just before being shot. Detectives on scene also made contact with a witness who was in the area driving a party bus. The bus driver stated he observed an altercation between two males who were described as the suspect and the victim. The driver stated he witnessed the suspect pull out a handgun and shoot the victim one time. The driver then indicated the suspect fled eastbound on Howard Street. The description provided by the bus driver again matched Holbert's description.

15. On Tuesday October 7, 2025, your affiant received information from the National Integrated Ballistic Information Network ("NIBIN") regarding the Glock 43x 9mm firearm recovered in this incident along with information pertaining to the spent 9mm casing stamped

"Aguila 9mm luger" that was recovered on scene. The NIBIN report revealed that the spent casing recovered on scene by law enforcement was a match to the Glock Model 43X 9mm firearm also recovered on scene and used in the incident to shoot Brooks.

16. On Wednesday October 8, 2025, your Affiant conducted additional follow-up investigation regarding possible DNA evidence. Affiant was advised that the Omaha Police Forensic Investigations Unit processed the recovered firearm, taking DNA swabs from the textured surfaces of the firearm, the magazine, and from the ammunition contained inside the magazine. Additionally, Omaha police detectives had drafted and served a court authorized buccal order for a sample of Holbert's DNA to be tested against the firearm swabs. Your Affiant acquired and transported all the swabs from Omaha Police Evidence to the University of Nebraska Medical Center's DNA lab for testing. Affiant received preliminary results which would not support Holbert as a contributor to unknown DNA recovered from the firearm.

17. Separately, officers were able to identify a male in a blue hoodie as WILSON, Jarez ("Wilson") (B/M, DOB 03/07/1990), who can be seen in video surveillance near the victim and Holbert. Wilson arrived on scene with Holbert and fled along the same path of travel following the incident. A detective familiar with Wilson viewed photographs of the male in the blue hoodie and identified that person as Wilson. Additionally, your affiant conducted follow-up into Wilson's Facebook page, "KTR BigHomie". Wilson was noted to have a recent photograph depicting the same bald head, large beard, and earrings as depicted in surveillance video. Furthermore, Affiant officer located a photograph on the Facebook page in which Wilson appears to be wearing the same shoes as those seen in the surveillance footage.

18. Affiant conducted follow-up into the data which was recovered from Holbert's cellular device following a court authorized search warrant for the device. Affiant noted

multiple calls between Holbert and the contact name "Turk". These calls were made after Brooks had been shot but before Holbert was taken into custody and his cellular device seized by officers. Affiant officer knows "Turk" to be a street name/moniker for Wilson. Furthermore, Wilson gave the phone number of 402-618-0130 during a contact with Omaha Police on September 17, 2025. This was also found to be the same phone number under the contact "Turk" in Holbert's phone.

19. Your Affiant drafted a court authorized buccal order for Wilson which was served on him at the United States Probation and Pretrial Services Office, District of Nebraska, in Omaha, Nebraska, when Wilson met with his federal probation officer. Wilson's DNA sample was transported to the University of Nebraska Medical Center DNA lab for testing. Your affiant received preliminary results of that DNA comparison which did not support Wilson as a contributor to the unknown profiles found on the firearm.

20. On October 24, 2025, your Affiant reviewed multiple photographs of the recovered firearm, as well as multiple reports regarding the processing of the firearm. Affiant was made aware that two fingerprints believed to be of sufficient quality for comparison were recovered from the firearm's internal magazine. On October 25, 2025, a senior forensic technician with the Omaha Police Forensic Investigations Unit contacted your affiant regarding the identification of those two fingerprints. The technician indicated that both fingerprints were identified as belonging to Holbert, specifically Holbert's right little finger and right thumb. These fingerprints were developed by one forensic technician, identified by another forensic technician, and identified again through a senior forensic technician, consistent with police department policy and practice.

21.     Your affiant is experienced in firearms investigations. Your affiant knows the Glock 43x 9mm firearm recovered in this investigation was manufactured outside the State of Nebraska, and that the firearm therefore must have traveled in interstate commerce from another state before Holbert could have possessed it in the State of Nebraska. The firearm was also found to have been discharged in two other separate criminal incidents according to a NIBIN report prepared by examiners with the Bureau of Alcohol, Tobacco, Firearms and Explosives: a homicide that occurred in Omaha, Nebraska, on June 22, 2025, and a felony assault in which several unknown assailants shot at a man in his vehicle on June 23, 2025, in Omaha, Nebraska.

22.     Holbert has a history of firearm offenses beginning in 2010 when he was charged with carrying a concealed weapon (firearm) and possessing an unregistered firearm as a minor. He was sentenced to one year in jail. In 2011, Holbert was again charged with carrying a concealed weapon (firearm), second offense. He was sentenced to twenty-four months of probation. In 2012, Holbert was convicted of possessing a firearm as a felon and sentenced to three years of incarceration. On June 21, 2017, Holbert was charged in a ten-count indictment, which included four counts of distributing crack cocaine, 21 U.S.C. § 841, three counts of possessing a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A), and three counts of possessing a firearm as a felon, 18 U.S.C. § 922(g)(1). *See* docket 8:17CR00189. Holbert pleaded guilty to three counts and was sentenced to 240 months of incarceration in November 2018.

23.     On January 21, 2025, an Executive Grant of Clemency was given to Holbert over the objections of the United States Attorney's Office, District of Nebraska, due in part to his gang affiliation and substantial criminal history, *see* docket 1:21CR00026, reducing his sentence to just 100 months' imprisonment. *Id*. at pg. 8. Holbert was thereafter released from the Bureau

of Prisons in May 2025 and began three years of supervision with the United States Probation and Pretrial Services Office, District of Nebraska, on May 30, 2025. *See* docket 8:17CR189. A petition for warrant for offender under supervision was issued for Holbert on October 7, 2025, since he was on federal supervision at the time of this event. *Id*. at Filing 96.

Respectfully submitted,

Cole Johannsen #2157 - OPD
Federal Bureau of Investigation Task Force Officer

Subscribed and sworn to before me via reliable electronic means on this 29th day of October, 2025.

_____
MICHAEL D. NELSON
United States Magistrate Judge
District of Nebraska